**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:11CR124 RAS/DDB |
| | § | |
| ALONDRA ACOSTA (12) | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on January 26, 2015 to determine whether Defendant violated her supervised release. Defendant was represented by Frank Henderson. The Government was represented by Heather Rattan.

On August 9, 2013, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of 24 months imprisonment followed by a 1-year term of supervised release, for the offense of Conspiracy to Commit Money Laundering. Defendant began her term of supervision on August 15, 2013.

On October 31, 2013, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 459). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons; and (2) Immediately upon release from confinement Defendant shall be

surrendered to a duly Authorized immigration official for deportation proceedings in accordance with the established procedures provided by Immigration and Nationality Act, 8 U.S.C. 1101, *et seq*. If ordered deported, Defendant shall remain outside of the United States. In the event Defendant is not deported, or for any reason re-enters the country after having been deported, Defendant shall comply with all conditions of supervised release, to include reporting to the nearest U.S. Probation Office within 72 hours of release by immigration officials or re-entry into the country.

The Petition alleges that Defendant committed the following violations: (1) On August 15, 2013, Defendant was released from the custody of the Immigration and Customs Enforcement without deportation. Defendant failed to contact or report to the U.S. Probation Office.

At the hearing, Defendant entered a plea of true to the alleged violations. Defendant waived her right to allocute before the district judge and her right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of her supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984 and having considered the arguments presented at the January 26, 2015 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty five (5) months with no supervised release to follow.

**SIGNED** this 30th day of January, 2015.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE